```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0105--CR (JDR)
                            "USA V SHYANA M. BELK"
                            DEF 1.1 BELK, SHYANA M.

            Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
       Magistrate Judge:
                 Filed: 11/01/05
                Closed: NO
    No. of Defendants: 1
        MJ Case Number:
                   AKA:
       Location status: Not specified
            Trial date:
            Terminated: NO
     Needs interpreter: NO
     Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Attn: Magistrate Court
                   3rd Wing U.S. Air Force
                   Base Legal Office 21 CSG/JA
                   Elmendorf AFB, AK 99506
                   907-552-3046
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 BELK, SHYANA M.

Document           Count   Citation and Description                         Disposition
---------          -----   ------------------------                         -----------
    1 -   1 INF      1     18:13(a) & 18:7(3) & AS 11.46.220 CONCEALMENT OF   Pending
                           MERCHANDISE (M)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A05-0105--CR (JDR)
                                   "USA V SHYANA M. BELK"

                                      For all filing dates
```

  Presiding Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
  Magistrate Judge:
             Filed: 11/01/05
            Closed: NO
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 11/01/05 | Issued: Summons |
| 1 - 1 | 11/01/05 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1 | 11/01/05 | [Re: DEF 1] JDR Minute Order re Arr set for 12/9/05 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 3 - 1 | 11/15/05 | [Re: DEF 1] PLF 1 motion to reschedule arraignment. |
| 4 - 1 | 11/21/05 | [Re: DEF 1] JDR Minute Order granting motion to reschedule arraignment (3-1); Arr prev set for 12/9/05 is RESET for 12/20/05 at 9:30 a.m. cc: USA, S. Belk, USM, USPO |