**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES OF AMERICA   v.   SHYANA M. BELK

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                              CASE NO. A05-0105 CR (JDR)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 7, 2005

Summons issued by the court in the above case has been returned unexecuted. Arraignment set for **December 20, 1005, at 9:30 a.m.** is hereby **vacated.** The government is directed to provide the court with an appropriate address for the defendant or file a status report within 30 days. Arraignment will be reset and summons reissued upon clerk's receipt of this address.

A05-0105--CR (JDR)   om 12/7/05
-------------------------------------
✓ATTN: MAGISTRATE COURT
✓US MARSHAL
✓US PROBATION

[]{UNEXSUM.WPD*Rev.2/9)