FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 12: 21

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. A05-0105-CR (JDR) |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | **MOTION FOR SETTING OF** |
| ) | **ARRAIGNMENT DATE** |
| SHYANA M. BELK,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| ) | |

THE UNITED STATES ATTORNEY RESPECTFULLY

REQUESTS:

That the Court, now with the defendant's current mailing address, set a new arraignment date in the above referenced matter, and that the arraignment be set for 17 January 2006 or otherwise any date after 6 February 2006 due to official government training.

1

DATED this 29th day of December, 2005, in Anchorage, Alaska.

_____
Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

**CERTIFICATE OF SERVICE**: I hereby certify that a true and correct copy of the foregoing has been mailed, via 1st Class U.S. Mail, this 29th day of December, 2005, to the defendant, Shyana M. Belk, at 17311 Beaujolais Way Circle, Eagle River, AK 99577.

_____
Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney