

**FILED**
DEC 30 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   SHYANA M. BELK

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                         CASE NO. A05-0105 CR (JDR)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 30, 2005

**ARRAIGNMENT** in the above-captioned case is hereby set for **Wednesday, February 8, 2006, at 9:30 a.m.** before John D. Roberts, U.S. Magistrate Judge, in Magistrate Judge Courtroom **#6**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

A05-0105--CR (JDR)   pm 12/30/05
✓ATTN: MAGISTRATE COURT
✓US MARSHAL
✓US PROBATION
✓def w/USM cy

[]{ARRAIGNR.WPD*Rev.3/97}