AO 83 (Rev. 12/85) Summons in a Criminal Case 

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

SHYANA M. BELK
17311 Beaujolais Way Circle
Eagle River, AK 99577

**SUMMONS IN A CRIMINAL CASE**

Case Number: A05-0105 CR (JDR)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>2/8/2006 at 9:30 a.m. |

To answer a(n)
[] Indictment   [XX] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18  United States Code, Section(s) 13(a) & 7(3) & AS 11.46.220

Brief description of offense:
CONCEALMENT OF MERCHANDISE - Count 1

Ida Romack, Clerk of Court
Signature of Issuing Officer

by _____ Deputy Clerk
Name and Title of Issuing Officer

December 29, 2005, at Anchorage, AK
Date and Location

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date 1/13/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Probation/Pretrial Services Office

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 1/13/06
Date

Randy M Johnson
Name of United States Marshal

Paula L. McCormick
(by) Deputy United States Marshal
U.S. Probation/Pretrial Officer

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.