```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs     SHYANA M. BELK      CASE NO.  3:05-CR-00105-JDR
Defendant:  X Not Present    X On Summons

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       CAPTAIN PETER KEZAR

DEFENDANT'S ATTORNEY:         MIKE DIENI, FRIEND OF THE COURT

U.S.P.O.:                     PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON MISDEMEANOR INFORMATION
             Held 02/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:42 a.m. court convened.

Court and counsel heard re defendant's non-appearance.

Continued Arraignment on Misdemeanor Information set
**March 1, 2006 at 9:30 a.m.**

Court directed a new summons be issued.

At 9:45 a.m. court adjourned.

DATE:    February 8, 2006      DEPUTY CLERK'S INITIALS:   ce