```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs  SHYANA M. BELK    CASE NO.  3:05-CR-00105-JDR
Defendant:  X Present    X On Summons

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      CAPTAIN PETER KEZAR

DEFENDANT'S ATTORNEY:        MIKE DIENI, APPOINTED

U.S.P.O.:                    PAULA MCCORMICK

PROCEEDINGS: CONTINUED ARRAIGNMENT ON MISDEMEANOR INFORMATION
             Held 03/01/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:39 a.m. court convened.

 X Copy of Misdemeanor Information given to defendant; read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties;
Waived full advisement of rights.

 X Defendant states true name:    Same as above    Age:   19

 X Financial Affidavit filed.  Federal Public Defender accepted
appointment; FPD notified.

 X PLEA: Not Guilty to Count 1 of the Misdemeanor Information.

 X Court advised counsel trial date had not been set.

 X Consent to be filed by March 3, 2006  or case shall be trans-
ferred to U.S. District Judge.

 X Pretrial motions due March 21, 2006; meet and confer
March 2, 2006.

 X Conditions of Release filed; Personal Recognizance filed.

 X OTHER: Court directed the defendant to report to the U.S.
Marshal's Service to be processed.  Court and counsel heard re
plaintiff's oral amendment to the Information changing the date
of offense to July 21, 2005.

At 10:00 a.m. court adjourned.

DATE:     March 1, 2006         DEPUTY CLERK'S INITIALS:    Ce
```