# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. SHYANA M. BELK

Case No. **3-05-cr-00105-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

Pursuant to the court proceedings held this date and for the purposes of record keeping the government is directed to electronically file an Amended Information in the above styled action showing the correct date of the offense. Defendant was present in court and entered a plea of not guilty to the orally amended information. Further arraignment proceedings will not be necessary as a result of the filing of the amended information.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

March 1, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. <u>See</u> FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00105-JDR MO Re Amended Information.wpd