AO 83 (Rev. 12/85) Summons in a Criminal Case


RECEIVED
U.S. MARSHALS SERVICE
ALASKA


RECEIVED
MAR 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

ShYANA M. BELK

**SUMMONS IN A CRIMINAL CASE**

Case Number: 3:05-CR-00105-JDR

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room |
|---|---|
| Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska  99513 | 6 |
| Before: Magistrate Judge John D. Roberts | Date and Time<br>3/1/2006 at 9:30 a.m. |

To answer a(n)
[] Indictment   [XX] Information   [] Complaint   [] Violation Notice   [] Probation Violation Petition

Charging you with a violation of:

Title 18 United States Code, Section(s) 13(a) & 7(3) & AS 11.46.220

Brief description of offense:
CONCEALMENT OF MERCHANDISE - Count 1

Ida Romack, Clerk of Court
Signature of Issuing Officer

by _____ Deputy Clerk
Name and Title of Issuing Officer

February 9, 2006, at Anchorage, AK
Date and Location

NOTICE: If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]     Date   2-24-06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____
( See Remarks )

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 2-24-06         Randy M. Johnson
             Date             Name of United States Marshal

                              _____
                              (by) Deputy United States Marshal

Remarks:
2-22-06: Spoke with FPD Mike Dieni. He stated that he would accept summons on behalf of client Shyona Bell. Bell has recently moved to Peters Creek.

2-24-06: Mike Dieni is out of town. Summons accepted on Dieni's behalf by FPD Kevin McCoy.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.