Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>SHYANA M. BELK,<br><br>    Defendant. | Case No. 3:05-cr-0105-JDR<br><br>NOTICE OF INTENT TO FILE CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE |

    Defendant, Shyana M. Belk, by and through counsel Michael Dieni, Assistant Federal Defender, notifies the court of her intent to consent to proceed before a magistrate judge in this matter.  A consent form has been sent to defendant for signature, and will be filed with the court upon its return.

///

///

///

///

///

DATED this 3rd day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on March 3, 2006, a copy of the
foregoing document was served electronically on:

Peter S. Kezar, Esq.

/s/ Michael D. Dieni

2