RECEIVED
MAR 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-0105-CR (JDR) |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATION OF** |
| ) | **DISCOVERY CONFERENCE** |
| SHYANA M. BELK, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY GIVES NOTICE TO THE

COURT:

That on the 1st day of March 2006, the Government and the Defendant,

through her appointed Federal Public Defender Michael Dieni, Esq., held a

1

discovery conference and exchanged all discovery available at this time.

DATED this 1st day of March, 2006, in Anchorage, Alaska.

_____
Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

**CERTIFICATE OF SERVICE**: I hereby certify that a true and correct copy of the foregoing has been mailed, via 1st Class U.S. Mail, this 1st day of March, 2006, to the Public Defender's Office, Michael Dieni, Esq., at 550 West 7th Ave., Suite 1600, Anchorage, AK 99501.

_____
Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney