RECEIVED
MAR 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-0105-CR(JDR) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **COUNT 1:** |
| ) | **CONCEALMENT OF** |
| SHYANA M. BELK, ) | **MERCHANDISE** |
| ) | |
| Defendant. ) | Violation of 18 U.S.C. 13(a); 18 |
| ) | U.S.C. 7(3); AS 11.46.220. |
| ) | |

**AMENDED INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

That on or about July 21, 2005, at or near Elmendorf Air Force Base, Alaska, in the District of Alaska, the defendant, SHYANA M. BELK, did, without authority, commit a Class A Misdemeanor by knowingly concealing on or about her person the merchandise of the Army and Air Force Exchange Service

1

(AAFES), a commercial establishment, which she did not purchase, while still upon the premises of the commercial establishment, with intent to deprive the owner of the merchandise or with intent to appropriate the merchandise, in violation of 18 U.S.C. 13(a), 18 U.S.C. 7(3), and Alaska Stat. 11.46.220.

DATED this 1st day of March, 2006, in Anchorage, Alaska.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney

**CERTIFICATE OF SERVICE:** I hereby certify that a true and correct copy of the foregoing has been furnished via 1st Class this 1st day of March 2006 to the Federal Public Defender's Office Michael Dieni, Esq., at 550 West 7th Ave., Suite 1600, Anchorage, AK 99501.

Peter S. Kezar, Capt, USAF
Special United States Assistant Attorney