Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SHYANA M. BELK,<br><br>               Defendant. | Case No. 3:05-cr-0105-JDR<br><br>NOTICE OF PROPOSED PLEA AGREEMENT |

Defendant, Shyana M. Belk, by and through counsel Michael Dieni, Assistant Federal Defender, provides notice of a proposed plea agreement.  The goal of the agreement is to resolve the case in a manner that imposes punishment, while at the same time providing the defendant, who is quite young, an opportunity to clear her record.  The agreement is similar to a deferred prosecution, while at the same time resolving the adjudication phase of the proceedings.  The terms of the agreement are as follows.

Ms. Belk will plead guilty as charged.  The parties will join in a request for a six month continuance of sentencing.  During this time, Ms. Belk will remain on release status.  She agrees to violate no law and to pay $300 to AAFES (Army Air Force Exchange

Services). If Ms. Belk has complied with these conditions, the government agrees to dismiss the charge at or before sentencing.

For purposes of the pretrial conference, therefore, the parties request that the court accept Ms. Belk's guilty plea and set sentencing for a date six months hence. Bail conditions will remain the same.

DATED this 4th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 4, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Peter S. Kezar, Esq.

and via facsimile at:

(907) 552-2877

/s/ Michael D. Dieni

2