```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs.  SHYANA M. BELK            CASE NO. 3:05-cr-00105-JDR
Defendant: X Present X On Bond

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         ROBIN M. CARTER

UNITED STATES' ATTORNEY:       PETER KEZAR

DEFENDANT'S ATTORNEY:          MIKE DIENI

U.S.P.O.:                      PAMELA SHAW

PROCEEDINGS: FINAL PRETRIAL CONFERENCE (ARRAIGNMENT ON AMENDED
             INFORMATION) HELD 4/5/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:31 a.m. court convened.

X Copy of Amended Information given to defendant; read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X OTHER: Court and counsel heard re oral plea agreement. Government to dismiss case before sentencing if all conditions of oral plea agreement are met. Status conference set for **October 2, 2006 at 9:30 a.m.** Defendant to file waiver of speedy trial. Conditions of release remain as previously set. Trial by jury set for **April 10, 2006 at 9:30 a.m.** is **VACATED**.

At 9:51 a.m. court adjourned.

DATE:   April 5, 2006          DEPUTY CLERK'S INITIALS:   Rc