Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SHYANA M. BELK,<br><br>　　　　　Defendant. | Case No. 3:05-cr-0105-JDR<br><br>SHYANA BELK'S<br>WAIVER OF SPEEDY TRIAL ACT |

　　　　Defendant, Shyana M. Belk, by and through counsel Michael Dieni, Assistant Federal Defender, submits by her signature below her intent to waive her right to a speedy trial as set forth in 18 U.S.C. § 3161 *et seq.* and the Sixth Amendment of the United States Constitution for the period of delay April 5, 2006, to October 2, 2006.  She does so freely and voluntarily and with the advice and consent of undersigned counsel.

Dated: April ___, 2006　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Shyana M. Belk