PETER S. KEZAR
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
3 WG/JA
2817 20th Street, Suite 330
Elmendorf AFB, Alaska 99506-2470
Phone: (907) 552-3048 / Fax: (907) 552-2877

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHYANA M. BELK,<br><br>Defendant. | MOTION TO DISMISS<br><br>CASE NO. 3:05-cr-0105-JDR<br><br>MAGISTRATE JUDGE<br>JOHN D. ROBERTS |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff, the United States of America, by and through its attorney, Captain Peter S. Kezar, hereby moves the Court for an order dismissing the count of this case, listed above, with prejudice.

## DISCUSSION

No period of excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), will occur as a result of the filing or granting of this motion.

This case involves 1 offense committed on Elmendorf Air Force Base in violation of AS 11.46.220, incorporated into federal law through 18 U.S.C. 13(a) and 18 U.S.C. 7(3). Defendant received notice of violation at the time of the offense on 21 July 2005 for concealing merchandise. Dismissal is appropriate in this case because the Defendant has satisfactorily met all negotiated conditions required by the Government to trigger dismissal.

A motion to dismiss should be denied only if clearly contrary to manifest public interest. *See generally* United States v. Weber, 721 F.2d 266, 268 (9th Cir. 1983). Defendant's consent is unnecessary because trial has not commenced. United States v. Valencia, 492 F.2d 1071, 1074 (9th Cir. 1974).

DATED this 7th day of September, 2006.

_____
PETER S. KEZAR
SPECIAL ASSISTANT U.S. ATTORNEY