```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs. <u>SHYANA M. BELK</u>           CASE NO. <u>3:05-cr-00105-JDR</u>
Defendant: <u>X</u> Not Present <u>X</u> On Bond

BEFORE THE HONORABLE:           <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:          <u>APRIL KARPER</u>

DEFENDANT'S ATTORNEY:           <u>MICHAEL DIENI</u>

U.S.P.O.:                       <u>PAULA MCCORMICK</u>

PROCEEDINGS: STATUS CONFERENCE HELD OCTOBER 2, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

Court and counsel heard re non-appearance of defendant and plaintiff.

Court and counsel heard re plaintiff's non-opposed Motion to Dismiss (docket 27); **GRANTED.**

At 9:35 a.m. court adjourned.

DATE:   <u>October 2, 2006</u>        DEPUTY CLERK'S INITIALS:   <u>ak</u>