UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )   Case No. 3:05-cr-00105-JDR
v.                             )
                               )
SHYANA M. BELK,                )
                               )
          Defendant.           )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  The court has granted the motion of the government for dismissal with prejudice; of the offense(s) of Concealment Of Merchandise, 18 U.S.C. 13(a); 18 U.S.C. 7(3); AS 11.46.220 as charged in count(s) 1 of the Amended Information.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

**DATED** at Anchorage, Alaska, this 2nd day of October, 2006.

/s/ John D Roberts [seal affixed]
SIGNATURE REDACTED
United States Magistrate Judge